*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



# MEMORANDUM OPINION

No. 04-12-00195-CV

R. Wayne **JOHNSON**,
Appellant

v.

Rosalie **CASTRO**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 12-145C
Judge Spencer W. Brown, Judge Presiding

PER CURIAM

Sitting: Catherine Stone, Chief Justice
    Steven C. Hilbig, Justice
    Marialyn Barnard, Justice

Delivered and Filed: August 8, 2012

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due May 30, 2012. Neither the brief nor a motion for extension of time was filed. We therefore ordered appellant to file, on or before July 13, 2012, his appellant's brief and a written response reasonably explaining his failure to timely file the brief. We informed appellant that if he failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

We received a response to the order; however, it fails to comply with our order, and appellant did not file a brief. Therefore, we dismiss this appeal for want of prosecution.


PER CURIAM